**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

14-1085

NYKO TECHNOLOGIES, INC., a California corporation,

Plaintiff-Appellant,

v.

ENERGIZER HOLDINGS, INC. INC., a Missouri corporation,
EVEREADY BATTERY COMPANY, INC., a Delaware corporation,
PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,

Defendants-Appellees

Appeal from the United States District Court for the
Central District of California in Case No. 12-CV-03001
Entered November 4, 2013, Judge Gary Allen Fees

**NOTICE OF INTENT PURSUANT TO FED. CIR. RULE 32(E)**

Pursuant to Fed. Cir. Rule 32(e), Plaintiff-Appellant NYKO Technologies, Inc. hereby notifies the Court that it intends to file its corresponding briefs on compact disk. Defendants-Appellees Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products, LLC consent to this filing.

DATED:  December 3, 2013                Respectfully submitted,


By */s/ Art Hasan*
   Art Hasan
   G. Warren Bleeker
   Katherine L. Quigley

**CHRISTIE, PARKER & HALE, LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone:  (626) 795-9900**
**Facsimile: 626-577-8800**
**E-mail:** **art.hasan@cph.com**
          **warren.bleeker@cph.com**
          **katherine.quigley@cph.com**

Attorneys for Plaintiff-Appellant,
NYKO Technologies, Inc.

# CERTIFICATE OF SERVICE

I certify that on December 3, 2013 the attached document was electronically filed with the Clerk of the Court via CM/ECF which constitutes service on the below listed counsel of record:

Steven M. Hanle, Esq.
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626
shanle@sheppardmullin.com

Daniel N. Yannuzzi, Esq.
Graham (Gray) M. Buccigross, Esq.
Matthew M. Mueller, Esq.
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
dyannuzzi@sheppardmullin.com
gbuccigross@sheppardmullin.com
mmueller@sheppardmullin.com

Attorneys for Appellees
Energizer Holdings, Inc.;
Eveready Battery Company, Inc.;
Performance Designed Products LLC

*/s/ Art Hasan*
Art Hasan
Attorneys for Plaintiff-Appellant,
NYKO Technologies, Inc.